■ In the Matter of CATHY ANN EMMONS, Appellant, v SCOTT W. TOUSLEY, JR., Respondent. In the Matter of SCOTT W. TOUS-LEY, JR., Respondent, v CATHY ANN EMMONS, Appellant. [63 NYS3d 284]—Appeal from an order of the Family Court, Oswego County (Kimberly M. Seager, J.), entered March 18, 2016 in a proceeding pursuant to Family Court Act article 6. The order, inter alia, granted sole legal and physical custody of the children to Scott W. Tousley, Jr.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court (2016 NY Slip Op 51894[U]). Present—Whalen, P.J., Centra, Lindley, Troutman and Winslow, JJ.

■ In the Matter of CARL C., Respondent, v ELISHA W., Appellant. [63 NYS3d 284]—Appeal from an order of the Family Court, Oswego County (Kimberly M. Seager, J.), entered June 30, 2016 in a proceeding pursuant to Family Court Act article 6. The order, inter alia, granted sole legal and physical custody of the child to Carl J. Collins.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court (2016 NY Slip Op 51895[U]). Present—Whalen, P.J., Centra, Lindley, Troutman and Winslow, JJ.